UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
CESAR AND EMELINA TELLEZ,                    Case No. 11-39514-LMI
    Debtors
_____/              Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 16TH day of November 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

SunTrust Bank                                    SunTrust Bank
Laurie A. Pennington, R.A.                       c/o William H. Rogers, Jr., CEO
200 S. Orange Ave                                303 Peachtree Street NE, 30th Floor
Orlando, FL 32801                                Atlanta, GA 30308

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286