**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-39514-LMI**

☐ ___2nd___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Cesar Tellez                                     CO-DEBTOR: Emelina A. Tellez
Last Four Digits of SS# xxx-xx-6962                      Last Four Digits of SS# xxx-xx-6806

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __185.93__ for months __1__ to __60__ ;
    B.    $_____ for months _____ to _____ ;
    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,650.00
                       TOTAL PAID    $2,200.00
                       Balance Due    $ 1,450.00 payable $ 120.84 month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                         Arrearage on Petition Date $_____
Address _____                                 Arrears Payment $_____/month (Months____ to ___)
                                                   Arrears Payment $_____/month (Months____ to ___)
                                                   Regular Payment $_____/month (Months____ to ___)

2. _____                                      Arrears Payment $_____
                                                   Arrears Payment $_____/month (Months____ to ___)
                                                   Regular Payment $_____/month (Months____ to ___)
                                                   Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Sun Trust Bank<br>Loan No. xxxxx9070<br>Prop Add: 250 NW 107th Ave, #219<br>Miami, FL 33172 | Homestead Property<br>$60,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                                         Total Due $_____
                                                   Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 46.50 month (Months __1__ to __12__ ). Pay $167.34/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Chase Bank (Loan#xxxx3291) and Laguna Club East CA (Acct #25019) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 03/06/12